IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN C. DUVALL, | ) | |
| Register No. 444618, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4407-CV-C-NKL |
| | ) | |
| JEREMIAH W. NIXON, | ) | |
| Attorney General of Missouri, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On December 29, 2005, plaintiff filed a motion to dismiss his claims voluntarily. Pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, without prejudice [4].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: January 9, 2006
Jefferson City, Missouri